# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| E.M. and S.M., <br><br> Plaintiff-Appellants, <br><br> v. <br><br><br> KENNEWICK SCHOOL DISTRICT, <br><br> Defendant-Appellee. | Case No. 4:14-CV-5048-JPH <br><br> CIVIL JUDGMENT |

The Court finds that the Plaintiffs were the prevailing party through the date of the administrative decision on January 8, 2014, and are entitled to **JUDGMENT AS FOLLOWS:**

1. Judgment in the amount of $55,688.35 through December 11, 2015 representing the amount of reimbursement and prejudgment interest from January 8, 2014 on the amount of reimbursement.

2. Judgment in the amount of $141,878.47 through December 11, 2015 representing attorneys' fees and prejudgment interest from January 8, 2014 on the amount of attorneys' fees awarded.

~ 1

1  3. Judgment in the amount of $4692.89 through December 11, 2015 representing costs awarded and prejudgment interest from January 8, 2014 on said costs awarded.

THEREFORE, Plaintiffs are **granted a total JUDGMENT against the Defendant** in the amount of **$202,259.71**, together with post judgment interest on said amount at the legal rate until paid.

The District Court Executive is directed to enter this Judgment and forward copies to the parties.

**DATED** this 11th day of December, 2015.

*S/ James P. Hutton*

JAMES P. HUTTON

UNITED STATES MAGISTRATE JUDGE

~ 2